**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

**DIANA MEY,**

**Plaintiff,**

**v.** **Civil No.: 5:26-cv-00087-JPB (Bailey)**

**ALLSTATE INSURANCE COMPANY and CENTERFIELD MEDIA HOLDING COMPANY,**

**Defendants.**

**STIPULATION TO EXTEND DEADLINE TO ANSWER THE COMPLAINT**

Plaintiff Diana Mey and Defendant Allstate Insurance Company ("Allstate"), by their respective undersigned counsel, and pursuant Local Rule of Civil Procedure 12.01, hereby stipulate that the deadline for Allstate to answer or otherwise respond to the Complaint, including via motion under Federal Rule of Civil Procedure 12, shall be extended through and including the date of October 13, 2026. By entering into this Stipulation, Allstate does not waive, and hereby preserves, any and all defenses, objections, and motions available to it under federal or state law, including without limitation any defenses that it may raise under Federal Rule of Civil Procedure 12.

Dated: September 14, 2026

Respectfully submitted,

s/ *Andrew C. Robey (with permission)*

Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
Hissam Forman Donovan Ritchie PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056
rdonovan@hfdrlaw.com
arobey@hfdrlaw.com

*Counsel for Plaintiff Diana Mey*

s/ *Michael W. Stark*

Michael W. Stark
1500 K St NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 230-5000
Facsimile: (202) 842-8465
Email: michael.stark@faegredrinker.com

*Counsel for Defendant Allstate Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I served the foregoing STIPULATION TO EXTEND DEADLINE TO ANSWER THE COMPLAINT upon all counsel of record via the Court's CM/ECF electronic filing system, which will send notification of such filing to:

Ryan M. Donovan (WVSB #11660)
Andrew C. Robey (WVSB #12806)
Hissam Forman Donovan Ritchie PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681-265-3802
f: 304-982-8056

s/ *Michael W. Stark*

Michael W. Stark
1500 K St NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 230-5000
Facsimile: (202) 842-8465
Email: michael.stark@faegredrinker.com

*Counsel for Defendant Allstate Insurance Company*